UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:                                              )
                                                    )   Case No. 16-63578-tmb13
TILDA OVALLE FLORES                                 )
                                                    )
                                                    )   DECLARATION
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )

COMES NOW Jessica Molligan, and makes the following sworn declaration:

1.   I have sent payment to the Debtor, Tilda Ovalle Flores, in the amount of $1,000.00.  I have sent the US Trustee's office a check in the amount of $500.00.  See attached.

2.   I have completed five continuing legal education credits in legal ethics.  See attached.

/s/ Jessica Molligan<br>Jessica Molligan

DATED September 13, 2018

Page -1- DECLARATION

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR  97292

# Jessica Molligan
## Attorney at Law
## PO Box 16893
## Portland, OR 97292

Tel (503) 975-2920

jessicamolligan@comcast.net

September 12, 2018

Jonas V. Anderson
US Department of Justice
Office of the US Trustee
405 East 8th Avenue, Ste. 1100
Eugene, OR 97401

      Re:    In re Flores, Case No. 16-63578
              Order and Payment

Dear Jonas:

Enclosed please find a check in the amount of $500 pursuant to the Order entered in the United States Bankruptcy Court Case No. 16-63578 on November 17, 2017.

Sincerely,

Jessica Molligan

---

**JESSICA L MOLLIGAN ATTORNEY AT LAW**
PO BOX 16893
PORTLAND, OR 97292

1174

24-7588/3230

Date 9/12/2018

Pay to the Order of US Bankruptcy Trustee    $ 500.00

Five Hundred and 00/100 — Dollars

OnPoint
COMMUNITY CREDIT UNION
OnPoint Community Credit Union
P.O. Box 3750
Portland, OR 97208-3750
onpointcu.com

Photo Safe Deposit
Details on back

For

⑆323075880⑆ 000001286 7818⑈ 1174

Harland Clarke

# Jessica Molligan
## Attorney at Law
## PO Box 16893
## Portland, OR  97292

Tel (503) 975-2920

jessicamolligan@comcast.net

September 12, 2018

Tilda Ovalle Flores
1173 Winfield Street
Gervais, OR  97026

      Re:    Order and Payment

Dear Tilda:

    I hope you are doing well.  Enclosed please find a check in the amount of $1,000 pursuant to the Order entered in the United States Bankruptcy Court Case No. 16-63578 on November 17, 2017.

Sincerely,

Jessica Molligan

Cc:    Jonas V. Anderson

---

**JESSICA L MOLLIGAN ATTORNEY AT LAW**
PO BOX 16893
PORTLAND, OR 97292

1173

24-7588/3230

9/12/2018

Pay to the Order of _Tilda Flores_     $ 1,000.00

One Thousand and 00/100     Dollars

**OnPoint**
COMMUNITY CREDIT UNION
OnPoint Community Credit Union
P.O. Box 3750
Portland, OR 97208-3750
onpointcu.com

For _____

⑆323075880⑆00000128678818⑈ 1173

Harland Clarke



# CERTIFICATE OF COMPLETION
### FOR
# OREGON (OR) MCLE CREDIT

*jessica molligan*

# HAS SUCCESSFULLY COMPLETED

*Ethics and the Small Law Practitioner*

|  |  |
|---|---|
| TOTAL Hours: | **1.00 hrs** |
| Legal Ethics: | **1.00 hrs** |

PROVIDER: Attorney Credits  
PROVIDER NUMBER: 5467  
STATE COURSE NUMBER: 5467*201

COURSE COMPLETION DATE: **09/11/2018**  
BAR NUMBER: **001823**



# CERTIFICATE OF COMPLETION

### FOR

## OREGON (OR) MCLE CREDIT

*jessica molligan*

## HAS SUCCESSFULLY COMPLETED

*Ethics of Attorney-Client Transactions: How to Avoid Tripping the Wires*

|  |  |
|---|---|
| TOTAL Hours: | **1.00 hrs** |
| Legal Ethics: | **1.00 hrs** |

PROVIDER: Attorney Credits     COURSE COMPLETION DATE: **09/12/2018**
PROVIDER NUMBER: 5467     BAR NUMBER: **001823**
STATE COURSE NUMBER: 5467*218



# CERTIFICATE OF COMPLETION
### FOR
# OREGON (OR) MCLE CREDIT

*jessica molligan*

# HAS SUCCESSFULLY COMPLETED

*Social Media: Ethics and Records Implications for Lawyers*

| | |
|---|---|
| TOTAL Hours: | **1.00 hrs** |
| Legal Ethics: | **1.00 hrs** |

PROVIDER: Attorney Credits     COURSE COMPLETION DATE: **09/12/2018**
PROVIDER NUMBER: 5467     BAR NUMBER: **001823**
STATE COURSE NUMBER: 5467*217



# CERTIFICATE OF COMPLETION
## FOR
## OREGON (OR) MCLE CREDIT

*jessica molligan*

## HAS SUCCESSFULLY COMPLETED

*What Me Worry? Conflicts of Interest in a Multijurisdictional and Increasingly Complex World*

| | |
|---|---|
| TOTAL Hours: | **1.00 hrs** |
| Legal Ethics: | **1.00 hrs** |

PROVIDER: Attorney Credits      COURSE COMPLETION DATE: **09/12/2018**
PROVIDER NUMBER: 5467      BAR NUMBER: **001823**
STATE COURSE NUMBER: 5467*162



# CERTIFICATE OF COMPLETION
### FOR
# OREGON (OR) MCLE CREDIT

*jessica molligan*

# HAS SUCCESSFULLY COMPLETED

*What Me Worry? Professional Responsibility, Evolving Technology and Why I Might*

| | |
|---|---|
| TOTAL Hours: | **1.00 hrs** |
| Legal Ethics: | **1.00 hrs** |

PROVIDER: Attorney Credits
PROVIDER NUMBER: 5467
STATE COURSE NUMBER: 5467*161

COURSE COMPLETION DATE: **09/12/2018**
BAR NUMBER: **001823**